# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**INETA RANDLE**                                                                  **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO: 1:04cv287-A-D**

**DOLLAR GENERAL CORPORATION and**
**JOHN DOE DEFENDANTS NUMBERS 1-10**         **DEFENDANTS**

## JUDGMENT

The defendant, Chain Run Co., Ltd., has defaulted in this action. Its default was entered by the clerk on January 30, 2007. The issue and amount of damages sustained by Dollar General Corporation, third party plaintiff was submitted to the Court by Motion dated August 3, 2009. The Court has considered the Motion and finds that Dollar General Corporation sustained damages in the sum of $82,500.00 as a result of a settlement paid to the plaintiff by it, together with attorney's fees and expenses in the total sum of $49,316.73. The Court finds that Dollar General is entitled to entry of judgment against Chain Run in the above referenced amounts.

IT IS, THEREFORE, ORDERED and ADJUDGED that Dollar General Corporation recover of and from third party defendant, Chain Run Co., Ltd. the sum of $82,500.00, plus attorney's fees and expenses in the sum of $49,316.73, together with interest thereon at the legal rate from and after the date of this Judgment, and all costs of this action, for which let execution issue.

This the __6th__ day of __August__, 2009.


                                                               /s/ Sharion Aycock
                                                            UNITED STATES DISTRICT JUDGE